Lucy Jenkaa BADOH, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–2466.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2005.

Decided: Oct. 31, 2005.

Sopo Ngwa, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Michele Y.F. Sarko, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucy Jenkaa Badoh, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals. The order in question affirmed a ruling of the immigration judge denying Badoh's motion for reconsideration of the denial of her motion to reopen. We have reviewed the administrative record and the

Board's order and find that the Board did not abuse its discretion in affirming the immigration judge's decision. *See INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*